

**NUMBER 13-13-00645-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **Serge Dasque,** | **Appellant,** |

**v.**

| | |
|---|---|
| **Fabiola Aidee Dasque,** | **Appellee.** |

## On Appeal from the County Court at Law No. 2
## of Hidalgo County, Texas.

# ORDER

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Order Per Curiam

Appellant, Serge Dasque, appearing pro se, has filed an amended motion to proceed in forma pauperis.

Accordingly, we issue this notice and order, accompanied by "Affidavit in Support of Motion to Proceed in Forma Pauperis," to the trial court and the court reporter, and all parties. *See* Tex. R. App. P. 20.1. The deadline for filing a contest to Dasque's request

to proceed as an indigent party, if any, is on or before the expiration of ten days from the date of this order.

PER CURIAM

Delivered and filed the
18th day of December, 2013.